UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA ASSET SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE EUGENE, et al.,<br><br>Defendants. | No. 2:14-cv-2642 MCE CKD PS<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

This action was removed from state court. Removal jurisdiction statutes are strictly construed against removal. See Libhart v. Santa Monica Dairy Co., 592 F.2d 1062, 1064 (9th Cir. 1979). "Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance." Gaus v. Miles, 980 F.2d 564, 566 (9th Cir. 1992). The party invoking removal bears the burden of establishing federal jurisdiction. Hunter v. Philip Morris USA, 582 F.3d 1039 (9th Cir. 2009). Where it appears the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C. § 1447(c).

In conclusory fashion, the removal petition alleges the complaint is subject to federal question jurisdiction. Defendants claim they have a defense under a federal statute. Removal based on federal question jurisdiction is proper only when a federal question is presented on the face of the plaintiff's properly pleaded complaint. Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987). However, the exhibits attached to the removal petition establish the state court action is

1

1 nothing more than a simple unlawful detainer action, and the state court action is titled as such.
2 Defendants have failed to meet their burden of establishing federal jurisdiction and the matter
3 should therefore be remanded.  See generally Singer v. State Farm Mutual Automobile Insurance
4 Co., 116 F.3d 373, 375-376 (9th Cir. 1997).

5     Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be
6 summarily remanded to the Superior Court of California, County of Yuba.

7     These findings and recommendations are submitted to the United States District Judge
8 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
9 after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
12 shall be served and filed within seven days after service of the objections.  The parties are advised
13 that failure to file objections within the specified time may waive the right to appeal the District
14 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

15 Dated:  November 14, 2014

16 _____
    CAROLYN K. DELANEY
17     UNITED STATES MAGISTRATE JUDGE

18 sierra-eugene2642.remud