UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA ASSET SERVICING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRE EUGENE, et al.,<br><br>    Defendants. | No. 2:14-cv-2642 MCE CKD PS<br><br><br><br>ORDER |

    Defendants, proceeding pro se, removed the above-entitled action from state court.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On November 14, 2014, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days.  No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 14, 2014 are adopted in full; and

/////

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Yuba.

Dated: December 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT